FILED
CHARLOTTE, NC

MAY 2 0 2016

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:16-MJ-185

IN THE MATTER OF THE SEIZURE OF )
)
$164,414.75 in Funds in Bank of America )
Account XXXX5513 such account held in the )
name of LA's Lawn Service; and )
)
$50,000.00 in Funds in Woodforest Bank )
Account XXXX8372, such account held in the )
name of Charles Moore. )

**ORDER**

UPON Application for Seizure Warrants and a request for sealing to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Seizure Warrants, Seizure Warrant Applications, Affidavit in Support of Seizure Warrants, and this Order shall be sealed until further order of this Court, although the United States may disclose the Warrants in order to effectuate seizure.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20 day of May, 2016.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE